```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                              )    CASE NO: 05-46744-399
                                    )
ERNESTINE SHIVERS                   )
                                    )    CHAPTER 13
CARL JONES                          )
                                    )
              DEBTOR(S)              )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT

       COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


RIVERVIEW ASSET MANAGEMENT
PO BOX 801                           $              9.78

FENTON MO
004111                  63026


                                    /s/ John V. LaBarge, Jr.
                                    -----------------------------------
DATE: August 31, 2010               JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
XC -091                             (314) 781-8100    trust33@ch13stl.com
```